N.Y.S.D. Case #
17-cv-7385(NSR)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty.

Before:    Steven J. Menashi,
                *Circuit Judge.*

---

A.L.M., a minor, by and through her Parent and Guardian, Scott M. Moore, Scott M. Moore,

        Plaintiffs- Appellants,

v.

Board of Managers of the Vireum Schoolhouse Condominium,

        Defendant - Appellee.

---

**ORDER**

Docket No. 19-2771

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 12 2020

Appellants move to hold this appeal in abeyance pending the Court's *en banc* decision in *Francis v. Kings Park Manor, Inc.*, docket number 15-1823. Appellee opposes the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/12/2020