7:17-cv-07385-NSR

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand twenty-one.

_____

A.L.M., a minor, by and through her Parent and Guardian, Scott M. Moore, Scott M. Moore,

      Plaintiffs- Appellants,

v.

Board of Managers of the Vireum Schoolhouse Condominium,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 19-2771

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 10 2021

On March 12, 2020, the Court granted Appellant's motion to hold this appeal in abeyance pending the Court's *en banc* decision in *Francis v. Kings Park Manor, Inc.*, docket number 15-1823. The mandate in *Francis* issued on May 17, 2021.

IT IS HEREBY ORDERED that the stay of this appeal is lifted. This appeal will be considered by a merits panel in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/10/2021